# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**ROMAIN SHONTAY TORNS, #N6529**                                    **PETITIONER**

**VERSUS**                              **CIVIL ACTION NO. 3:13-cv-264-HTW-LRA**

**MARY KING, WARDEN**                                              **RESPONDENT**

<u>CERTIFICATE OF APPEALABILITY - DENIED</u>

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts,  hereby finds that:

A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.

Date: <u>18 July 2013</u>                 <u>/s/ Henry T. Wingate          </u>
                                              UNITED STATES DISTRICT JUDGE