IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ROMAIN SHONTAY TORNS, #N6529                                              PETITIONER

VERSUS                                          CIVIL ACTION NO. 3:13-cv-264-HTW-LRA

MARY KING, WARDEN                                                          RESPONDENT

CERTIFICATE OF APPEALABILITY - DENIED

      A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

      A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.


Date: 18 July 2013            /s/ Henry T. Wingate
                              UNITED STATES DISTRICT JUDGE